UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Anatoly Kishinevski,<br><br>    Plaintiff,<br><br>    v.<br><br>Nicholas J Deml et al.,<br><br>    Defendant. | Civil Action No. 2:24–cv–1440 |

**ORDER**

    On or before April 28, 2025, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

    Dated at Burlington, in the District of Vermont, this 17th day of April 2025.

                                                    */s/ Kevin J. Doyle*
                                                      Kevin J. Doyle
                                                      United States Magistrate Judge