UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Anatoly Kishinevski,

       Plaintiff,

       v.                                   Civil Action No. 2:24–cv–1440

Deml et al,

       Defendants.

## **ORDER**

On or before July 7, 2025, Defendants shall return executed their Magistrate Judge

Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 27th day of June 2025.


                                        */s/ Kevin J. Doyle*
                                        United States Magistrate Judge